IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**v.**                  **CASE NO. 4:12CR00064-5 BSM**

**LISA JO HUNT**                                                           **DEFENDANT**

## ORDER

The government's second motion to revoke defendant Lisa Jo Hunt's pretrial release [Doc. No. 189] is denied because the case is presently set for trial on June 17, 2013. Additionally, Hunt is scheduled to enter a plea of guilty to the second superseding indictment [Doc. No. 112] on June 7, 2013, and will likely be placed in custody after entering her plea should she choose to forego a trial.

IT IS SO ORDERED this 28th day of May 2013.

                                                                             _____
                                                                             UNITED STATES DISTRICT JUDGE